IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SONYA L. BAMBERG,

    Plaintiff,

v.                                      CIVIL ACTION NO.: CV211-156

JIMMY BOATWRIGHT; RICHARD
DEAS; GREGORY RAINEY, JR.;
BOBBY CLARK; and Officer DEXTER,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED** as it was filed outside of the applicable statute of limitations period. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

SO ORDERED, this 27 day of January, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)